### 7733.   KNIGHT v. THE STATE.

HODGES, J.   The plaintiff in error was convicted of the offense of wrongfully and fraudulently carrying away, with intent to steal, a certain cow, the property of the prosecutor. The evidence for the State demonstrated his guilt beyond a reasonable doubt, and this court will not disturb the verdict.                *Judgment affirmed.*

DECIDED OCTOBER 18, 1916.

Indictment for larceny; from Wayne superior court—Judge Highsmith. June 18, 1916.

*Ben A. Way, Gibbs & Turner,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* contra.